RAYMOND H. AVER – State Bar No. 109577
LAW OFFICES OF RAYMOND H. AVER
A Professional Corporation
10801 National Boulevard, Suite 100
Los Angeles, California 90064
Telephone: (310) 571-3511
email: ray@averlaw.com

Bankruptcy Litigation Counsel for
PATRICK J. FLANNERY, Plaintiff

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA [SAN FERNANDO VALLEY DIVISION]

| | |
|---|---|
| In re: | Case No. 1:21-bk-11781-MT |
| ANDREA LYNN MURRAY, | In Proceedings Under Chapter 7 |
| Debtor. | Adv. No. 1:22-ap-01011-MT |
| | **STIPULATION TO CONTINUE INITIAL ADVERSARY STATUS CONFERENCE** |
| PATRICK J. FLANNERY, | |
| Plaintiff, | <u>Current Hearing Date:</u> |
| v. | Date:  April 20, 2022<br>Time:  11:00 a.m. |
| ANDREA LYNN MURRAY, | <u>Proposed Hearing Date:</u> |
| Defendant. | Date:  June 1, 2022<br>Time:  11:00 a.m.<br>Place: Courtroom 302<br>    United States Bankruptcy Court<br>    21041 Burbank Boulevard,<br>    Woodland Hills, California 91367 |

**TO THE HONORABLE MAUREEN A. TIGHE, UNITED STATES BANKRUPTCY JUDGE:**

Plaintiff Patrick J. Flannery ("Plaintiff" or "Flannery"), by and through his counsel of record, Law Offices Of Raymond H. Aver, A Professional Corporation, and defendant Andrea Lynn Murray ("Defendant" or "Murray"), pro se, enter into this "Stipulation To Continue Initial Adversary Status Conference" ("Stipulation"), based upon the following facts anc circumstances:

**WHEREAS**, on October 27, 2021 ("Petition Date"), Defendant caused to be filed a voluntary petition for relief under chapter 7 of Title 11 of the United Sates Code.

**WHEREAS**, on February 2, 2022, Plaintiff caused to be filed a "Complaint To Determine Dischargeability of Debt [11 U.S.C. §523(a)(6)]." [Adv. Docket #1]

**WHEREAS**, on February 7, 2022, the "Summons And Notice Of Status Conference In Adversary Proceeding [LBR 7004-1]" was issued ("Notice"). [Adv. Docket #2] Pursuant to the Notice, the initial adversary status conference is scheduled for April 20, 2022 at 11:00 a.m.

**WHEREAS**, on March 3, 2022, Murray caused to be filed the "Response [sic] Complaint To Determine Dischargeability Of Debt [11 U.S.C. §§523(a)(6)]." [Adv. Docket #7]

**WHEREAS**, prior to the Petition Date, The People Of The State Of California, by and through George Gascon, Los Angeles County District Attorney caused to be filed a misdemeanor complaint against Murray in the Los Angeles Superior Court for the State Of California, Santa Clarita Courthouse, Case No. SC05143 ("Criminal Action").

**WHEREAS**, a jury trial in Criminal Action is currently underway before the Honorable Gary I. Micon, and has not concluded.

**WHEREAS**, Defendant has been focusing her time and effort in preparing for and participating in the trial in the Criminal Action and believes a continuance of the status conference will provide for a more productive meet and confer between Defendant and Plaintiff, and that adjudication of some of the factual and/or legal issues being tried in the Criminal Action may narrow some of the issues in the instant adversary proceeding.

**WHEREFORE**, in the interest of judicial economy and efficient resolution of matters before the Court, Plaintiff and Defendant stipulate to continue the initial adversary Status Conference scheduled in the instant adversary proceeding for April 20, 2022, to June 1, 2022 at 11:00 a.m.

Dated: April __, 2022    LAW OFFICES OF RAYMOND H. AVER
A Professional Corporation

By: _____
RAYMOND H. AVER
Bankruptcy Litigation Counsel for
PATRICK J. FLANNERY, Plaintiff

Dated: April 9th, 2022    ANDREA LYNN MURRAY

By: _____
Andrea Lynn Murray
Defendant

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address. is: 10801 National Boulevard, Suite 100, Los Angeles, California 90064.

The foregoing document described **"STIPULATION TO CONTINUE INITIAL ADVERSARY STATUS CONFERENCE "** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 11 , 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Raymond H. Aver    ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com
- Jacquelyn H Choi    jacquelyn.choi@rimonlaw.com, docketingsupport@rimonlaw.com
- **United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov**
- **Nancy J Zamora (TR)    zamora3@aol.com, nzamora@ecf.axosfs.com**

___    Service information continued on attached page.

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On  **April 11, 2022** , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

___X___    Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 11, 2022,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Honorable Maureen A. Tighe
Bin outside of Suite 324
    Judge's Copy temporarily suspended by General Order 20-02
    ___    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 11, 2022 | Jesus Hinojosa | /s/ jesus hinojosa |
|---|---|---|
| Date | Name | Signature |

**SERVICE LIST**

**VIA U.S. MAIL**
Andrea L. Murray
P.O. Box 3155
Chatsworth, CA 91313

Andrea Lynn Murray
12051 Browns Canyon Rd
Chatsworth, CA 91311