United States Bankruptcy Court

Central District of California

Flannery,
    Plaintiff

Murray,
    Defendant

Adv. Proc. No. 22-01011-MT

# CERTIFICATE OF NOTICE

District/off: 0973-1      User: admin      Page 1 of 2
Date Rcvd: May 31, 2022      Form ID: pdf031      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Andrea L. Murray, P.O. Box 3155, Chatsworth, CA 91313-3155 |
| dft | + | Andrea Lynn Murray, 12051 Browns Canyon Rd, Chatsworth, CA 91311-1566 |
| pla | + | Patrick Flannery, 18141 Rayen Street, Northridge, CA 91325-2739 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 02, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jacquelyn H Choi | on behalf of Interested Party Courtesy NEF jacquelyn.choi@rimonlaw.com docketingsupport@rimonlaw.com |
| Nancy J Zamora (TR) | zamora3@aol.com nzamora@ecf.axosfs.com |
| Raymond H. Aver | on behalf of Plaintiff Patrick Flannery ray@averlaw.com averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com |

District/off: 0973-1 | User: admin | Page 2 of 2
Date Rcvd: May 31, 2022 | Form ID: pdf031 | Total Noticed: 3

United States Trustee (SV)
                   ustpregion16.wh.ecf@usdoj.gov

TOTAL: 4

```
RAYMOND H. AVER – SBN 109577
LAW OFFICES OF RAYMOND H. AVER
A Professional Corporation
10801 National Boulevard, Suite 100
Los Angeles, California 90064
Telephone: (310) 571-3511
email: ray@averlaw.com

Bankruptcy Litigation Counsel for
PATRICK J. FLANNERY, Plaintiff
```

**FILED & ENTERED**

**MAY 31 2022**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY egonzale DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA [SAN FERNANDO VALLEY DIVISION]

| | |
|---|---|
| In re: | Case No. 1:21-bk-11781-MT |
| **ANDREA LYNN MURRAY,** | In Proceedings Under Chapter 7 |
| Debtor. | Adv. No. 1:22-ap-01011-MT |
| | ORDER APPROVING "SECOND STIPULATION TO CONTINUE INITIAL ADVERSARY STATUS CONFERENCE" |
| **PATRICK J. FLANNERY,** | |
| Plaintiff, | |
| v. | |
| **ANDREA LYNN MURRAY,** | Date:  [No Hearing Required]<br>Time:<br>Place: Courtroom 302<br>  United States Bankruptcy Court<br>  21041 Burbank Boulevard,<br>  Woodland Hills, California 91367 |
| Defendant. | |

1     The Court having reviewed and considered the "Second Stipulation To Continue Adversary Status Conference" ("Stipulation"), and good cause appearing therefor,

    **IT IS HEREBY ORDERED** that the Stipulation is approved;

    **IT IS FURTHER ORDERED** that the initial adversary Status Conference is continued from June 1, 2022, to August 17, 2022, at 11:00 a.m., in courtroom 302 of the United States Bankruptcy Court for the Central District of California [San Fernando Valley Division], located at 21041 Burbank Boulevard, Woodland Hills, California 91367.

###

Date: May 31, 2022

*(signed)* Maureen A. Tighe
United States Bankruptcy Judge

*Law Offices of Raymond H. Aver, APC*

**ORDER APPROVING SECOND STIPULATION TO CONTINUE INITIAL ADVERSARY STATUS CONFERENCE**

Page 2