RAYMOND H. AVER – SBN 109577
LAW OFFICES OF RAYMOND H. AVER
A Professional Corporation
10801 National Boulevard, Suite 100
Los Angeles, California 90064
Telephone: (310) 571-3511
email: ray@averlaw.com

Bankruptcy Litigation Counsel for
PATRICK J. FLANNERY, Plaintiff



**FILED & ENTERED**

**FEB 06 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fisherl    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA [SAN FERNANDO VALLEY DIVISION]**

| | |
|---|---|
| In re:<br><br>**ANDREA LYNN MURRAY,**<br><br>        Debtor.<br><br>_____<br><br>**PATRICK J. FLANNERY,**<br><br>        Plaintiff,<br><br>v.<br><br>**ANDREA LYNN MURRAY,**<br><br>        Defendant.<br><br>_____ | Case No. 1:21-bk-11781-MT<br><br>In Proceedings Under<br>Chapter 7<br><br>Adv. No. 1:22-ap-01011-MT<br><br>ORDER APPROVING "FIFTH STIPULATION TO CONTINUE INITIAL ADVERSARY STATUS CONFERENCE"<br><br><br>Date:  [No Hearing Required]<br>Time:<br>Place: Courtroom 302<br>   United States Bankruptcy Court<br>   21041 Burbank Boulevard,<br>   Woodland Hills, California 91367 |

The Court having reviewed and considered the "Fifth Stipulation To Continue Adversary Status Conference" ("Stipulation"), and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Stipulation is approved;

**IT IS FURTHER ORDERED** that the initial adversary Status Conference is continued from February 6, 2023, to **March 27, 2023, at 11:00 a.m.**, in courtroom 302 of the United States Bankruptcy Court for the Central District of California [San Fernando Valley Division], located at 21041 Burbank Boulevard, Woodland Hills, California 91367.

###

Date: February 6, 2023

_____
Maureen A. Tighe
United States Bankruptcy Judge