1  RAYMOND H. AVER – State Bar No. 109577
   LAW OFFICES OF RAYMOND H. AVER
2  A Professional Corporation
   10801 National Boulevard, Suite 100
3  Los Angeles, California 90064
   Telephone: (310) 571-3511
4  email: ray@averlaw.com

5  Bankruptcy Litigation Counsel for
   PATRICK J. FLANNERY, Plaintiff

6

7

8                  UNITED STATES BANKRUPTCY COURT

9       CENTRAL DISTRICT OF CALIFORNIA [SAN FERNANDO VALLEY DIVISION]

10

11  In re:                          )   Case No. 1:21-bk-11781-MT
                                    )
12  ANDREA LYNN MURRAY,             )   In Proceedings Under
                                    )   Chapter 7
13                                  )
                                    )   Adv. No. 1:22-ap-01011-MT
14          Debtor.                 )
                                    )   SIXTH STIPULATION TO CONTINUE
15  _____)   INITIAL ADVERSARY STATUS CONFERENCE
                                    )
16  PATRICK J. FLANNERY,            )
                                    )
17          Plaintiff,              )   Current Hearing Date:
                                    )   Date:  March 27, 2023
18  v.                              )   Time:  11:00 a.m.
                                    )
19  ANDREA LYNN MURRAY,             )   Proposed Continued Hearing Date:
                                    )   Date:  May 22, 2023
20          Defendant.              )   Time:  11:00 a.m.
                                    )   Place: Courtroom 302
21  _____)          United States Bankruptcy Court
                                               21041 Burbank Boulevard,
22                                             Woodland Hills, California 91367

23

24  TO THE HONORABLE MAUREEN A. TIGHE, UNITED STATES BANKRUPTCY JUDGE:

25       Plaintiff Patrick J. Flannery ("Plaintiff" or "Flannery"), by

26  and through his counsel of record, Law Offices Of Raymond H. Aver, A

27  Professional Corporation, and defendant Andrea Lynn Murray

28  ("Defendant" or "Murray"), pro se, enter into this "Sixth Stipulation

Law Offices
of Raymond
H. Aver, APC

1  To Continue Initial Adversary Status Conference" ("Stipulation"),

2  based upon the following facts and circumstances:

3     **WHEREAS**, on October 27, 2021 ("Petition Date"), Defendant caused

4  to be filed a voluntary petition for relief under chapter 7 of Title

5  11 of the United Sates Code.

6     **WHEREAS**, on February 2, 2022, Plaintiff timely caused to be

7  filed a "Complaint To Determine Dischargeability of Debt [11 U.S.C.

8  §523(a)(6)]." [Adv. Docket #1]

9     **WHEREAS**, on February 7, 2022, the "Summons And Notice Of Status

10  Conference In Adversary Proceeding [LBR 7004-1]" was issued

11  ("Summons"). [Adv. Docket #2] Pursuant to the Summons, the initial

12  adversary status conference was scheduled for April 20, 2022 at 11:00

13  a.m.

14     **WHEREAS**, on March 3, 2022, Murray caused to be filed the

15  "Response [sic] Complaint To Determine Dischargeability Of Debt [11

16  U.S.C. §§523(a)(6)]." [Adv. Docket #7]

17     **WHEREAS**, prior to the Petition Date, The People Of The State Of

18  California, by and through George Gascon, Los Angeles County District

19  Attorney ("People") caused to be filed a misdemeanor complaint on

20  behalf of the California Department of Regional Planning and the

21  California Department of Public Works against Murray in the Los

22  Angeles Superior Court for the State Of California, Santa Clarita

23  Courthouse, Case No. SC05143 ("Criminal Action").

24     **WHEREAS**, also prior to the Petition Date, the California Legal

25  Enforcement Agency ("Cal LEA") served Murray with a notice of

26  violation alleging she was operating a dump site ("Administrative

27  Claim").

28     **WHEREAS**, a hearing was held before the Solid Waste Facilities

Law Offices
of Raymond
H. Aver, APC

1   Board and a decision was rendered against Murray regarding the

2   Administrative Claim, and Murray caused an appeal to be filed from

3   that decision. However, the appeal could not proceed until the

4   Criminal Action had concluded.

5      **WHEREAS**, the Criminal Action, before the Honorable Gary I.

6   Micon, concluded in a hung jury. However, the People decided to

7   retry the Criminal Action which jury trial commenced on October 22,

8   2022 and concluded on November 4, 2022, with a conviction on two of

9   the three counts against Murray for grading without a permit and

10   improper use of landfill. The sentencing took place on December 7,

11   2022 and Murray, who filed an appeal from the verdict on December 16,

12   2022, is performing community service as part of her sentence.

13      **WHEREAS**, on or about February 28, 2023, Los Angeles County, by

14   and through the Department of Public Works entered into a

15   "Stipulation For Entry Of Judgment In Favor Of Plaintiff County of

16   Los Angeles For Non-Dischargeability Of Debts Under 11 U.S.C.

17   523(a)(6) and 523(a)(7)" with Murray, which stipulation was recently

18   approved by the Court.

19      **WHEREAS**, the briefing in Murray's appeal from the Administrative

20   Claim order has been extended to include the filing of surreply

21   briefs. The Cal LEA filed its surreply on March 16, 2023, and

22   Murray's surreply to the Cal LEA's surreply is due on March 27, 2023.

23   Although oral argument has not been scheduled, it is anticipated to

24   take place prior in or around April 13, 2023.

25      **WHEREAS**, since April 2022, Plaintiff and Defendant have been in

26   communication regarding the status of the Criminal Action and the

27   Administrative Claim proceedings and have entered into stipulations

28   to continue the Initial Status Conference initially scheduled for

Law Offices
of Raymond
H. Aver, APC

1  April 20, 2022, resulting in orders continuing the Initial Status

2  Conference.

3  **WHEREAS**, Defendant has previously been focusing her time and

4  effort in preparing for and participating in the trials in the

5  Criminal Action and, more recently, in preparing her briefs in the

6  Administrative Claim proceeding, and Defendant and Plaintiff believe

7  a further continuance of the status conference will provide for a

8  more productive meet and confer between Defendant and Plaintiff, and

9  that a final adjudication of some of the factual and/or legal issues

10  that were tried and ruled upon in the Criminal Action and that were

11  ruled upon by the Solid Waste Facilities Board may narrow some of the

12  issues in the instant adversary proceeding.  In addition, a mediation

13  in the dischargeability adversary involving the People and the

14  California Legal Enforcement Agency, on the one hand, and Murray, on

15  the other hand, is scheduled for April 20, 2023, that may resolve the

16  Criminal Action and the Administrative Claim and facilitate a

17  resolution of the instant adversary proceeding.

18

19  **WHEREFORE**, in the interest of judicial economy and efficient

20  resolution of matters before the Court, Plaintiff and Defendant

21  stipulate to continue the initial adversary Status Conference

22  scheduled in the instant adversary proceeding for approximately 60

23  days from March 27, 2023, to May 22, 2023 at 11:00 a.m., or to a

24  later date convenient with the Court.

25

26  Dated: March 23, 2023          By: _____
                                       ANDREA LYNN MURRAY
27                                      Defendant – In Propria Persona

28

1  Dated: March 23, 2023          LAW OFFICES OF RAYMOND H. AVER
                                  A Professional Corporation

2

3

4                                 By: _____
                                      RAYMOND H. AVER
5                                     Bankruptcy Litigation Counsel for
                                      PATRICK J. FLANNERY, Plaintiff
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Law Offices
of Raymond
H. Aver, APC

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10801 National Boulevard, Suite 100, Los Angeles, California 90064.

The foregoing document described **"SIXTH STIPULATION TO CONTINUE INITIAL ADVERSARY STATUS CONFERENCE "** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 23, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Raymond H. Aver    ray@averlaw.com,
  averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com
- Jacquelyn H Choi    jacquelyn.choi@rimonlaw.com, docketingsupport@rimonlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Nancy J Zamora (TR)    zamora3@aol.com, nzamora@ecf.axosfs.com

☐    Service information continued on attached page.

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐    Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 23, 2023**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Honorable Maureen A. Tighe
Bin outside of Suite 324
    Judge's Copy temporarily suspended by General Order 20-02

Andrea L. Murray - via email: bcr2003@aol.com

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 23, 2023 | Raymond H. Aver | /s/ raymond h. aver |
|---|---|---|
| Date | Name | Signature |

*SIXTH STIPULATION TO CONTINUE INITIAL ADVERSARY STATUS CONFERENCE*

1

**SERVICE LIST**

2

3 **VIA U.S. MAIL**
Andrea L. Murray
4 P.O. Box 3155
Chatsworth, CA 91313

5
Andrea Lynn Murray
6 12051 Browns Canyon Rd
Chatsworth, CA 91311

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28