FILED & ENTERED

MAY 17 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Andrea Lynn Murray<br><br><br><br>Debtor(s). | CHAPTER 7<br><br>Case No.:  1:21-bk-11781-MT<br>Adv No:   1:22-ap-01011-MT |
| Patrick  Flannery<br><br>Plaintiff(s),<br><br>    v.<br><br>Andrea Lynn Murray<br><br>Defendant(s). | **ORDER DISMISSING ADVERSARY PROCEEDING FOR LACK OF PROSECUTION UNDER LBR 7041-1(b)**<br><br><br>Date:       May 15, 2023<br>Time:       11:00 AM<br>Courtroom:  302 |

A continued status conference was held at the above date and time, after having been continued from March 27, 2023, based on the *Sixth Stipulation to Continue* filed by the parties. No status report (either joint or unilateral) was filed in advance of this May 15, 2023 continued status conference, as required under 7016-1(a).

No appearance was made at the May 15, 2023 Status Conference.  For the reasons stated on the record and for good cause appearing,

**IT IS HEREBY ORDERED** that this adversary proceeding is DISMISSED for failure to appear, under LBR 7041-1(b); and

**IT IS FURTHER ORDERED** that if this dismissed action is reinstated, the Court may impose such sanctions as it deems just and reasonable, under LBR 7041-1(c).

###

Date: May 17, 2023

Maureen A. Tighe
United States Bankruptcy Judge