

FILED & ENTERED

JUN 05 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Cetulio    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Andrea Lynn Murray<br><br><br>                                     Debtor(s). | CHAPTER 7<br><br>Case No.:  1:21-bk-11781-MT<br>Adv No:    1:22-ap-01011-MT |
| Patrick Flannery<br><br>                                     Plaintiff(s),<br>    v.<br><br>Andrea Lynn Murray<br><br>                                     Defendant(s). | **ORDER (1) GRANTING MOTION FOR RECONSIDERATION; (2) VACATING DISMISSAL OF ADVERSARY; AND (3) SETTING ADVERSARY STATUS CONFERENCE**<br><br>[No hearing held] |

   Having considered the *Motion to Reconsider Order Dismissing Adversary Proceeding for Lack of Prosecution* (the "Motion"), filed by Plaintiff Patrick Flannery on May 31, 2023, as ECF doc. no. 38 and for finding good cause,

//

//

-2-

**IT IS HEREBY ORDERED** that the Motion is GRANTED; and

**IT IS FURTHER ORDERED** that the dismissal of the adversary proceeding is VACATED; and

**IT IS FURTHER ORDERED** that an adversary status conference shall be held via ZoomGov.com on <u>July 17, 2023, at 11:00 a.m.</u>, in Courtroom 302 of the United States Bankruptcy Court, San Fernando Valley Division.  Plaintiff shall file a status conference report **fourteen days before the status conference**, as required under LBR 7016-1(a)(2) or 7016-1(a)(3); and

**IT IS FURTHER ORDERED** that Plaintiff shall give notice of the continued status conference.

###

Date: June 5, 2023

Maureen A. Tighe
United States Bankruptcy Judge