RAYMOND H. AVER - SBN 109577
LAW OFFICES OF RAYMOND H. AVER
A Professional Corporation
11849 West Olympic Boulevard, Suite 204
Los Angeles, California 90064
Telephone: (310) 571-3511
email: ray@averlaw.com

Bankruptcy Litigation Counsel for
PATRICK J. FLANNERY
Plaintiff

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA [SAN FERNANDO VALLEY DIVISION]

| | |
|---|---|
| In re: <br><br> ANDREA LYNN MURRAY, <br><br><br> Debtor. <br><br><br><br><br><br><br><br> PATRICK J. FLANNERY, <br><br> Plaintiff, <br><br> v. <br><br> ANDREA LYNN MURRAY, <br><br> Defendant. | Case No. 1:21-bk-11781-MT <br><br> In Proceedings Under <br> Chapter 7 <br><br><br> Adv. No. 1:22-ap-01011-MT <br><br> SUPPLEMENTAL DECLARATION OF RAYMOND H. AVER IN SUPPORT OF MOTION TO VACATE/ALTER ORDER DISMISSING ADVERSARY PROCEEDING FOR LACK OF PROSECUTION <br><br><br><br><br> Date: [No Hearing Scheduled] <br> Time: <br> Place: Courtroom 302 <br>    United States Bankruptcy Court <br>    21041 Burbank Boulevard <br>    Woodland Hills, California 91367 |

## SUPPLEMENTAL DECLARATION OF RAYMOND H. AVER

I, RAYMOND H. AVER, declare:

1. I submit this declaration for the purpose of supplementing my declaration dated September 23, 2024, in support of the "Motion To Vacate/Alter Order Dismissing Adversary Proceeding For Lack of Prosecution" ("Motion"), to address some concerns raised by the Los Angeles County Department of Public Health acting as the Local Enforcement Agency ("LEA") (the remaining plaintiff in *The People of the State of California, et al. v. Murray*) and to more fully apprize the Court of the actions undertaken by counsel for plaintiff Patrick J. Flannery ("Flannery") in connection with the mediation and the prosecution of Flannery's adversary proceeding.

2. Counsel for the LEA contacted me after reviewing the Motion to ensure that the representations made in the Motion and in my supporting declaration are accurate. Mediation sessions were held on November 30, 2023, July 2, 2024, and July 29, 2024. On September 19, 2024, Robert Berry, the real estate agent hired by defendant Andrea L. Murray ("Murray"), gave a presentation via Microsoft Teams to the LEA and Flannery regarding the status of his efforts to market and sell the Property and the problems he is encountering regarding the same due to the contamination of the Property. Mr. Berry is scheduled to make a further presentation on or about October 1, 2024. The mediator has indicated that she is prepared to conduct another session of the mediation following the October 1, 2024 presentation. I did not reference the November 30, 2023 mediation in my declaration because Flannery did not participate in that mediation session as he was unaware of the mediation and the Court had yet to issue an order

authorizing his participation. Flannery only became aware of the mediation shortly before issuance of the "Order Assigning Matter To Mediation Program And Appointing Mediator And Alternative Mediator" entered in the Government Adversary on May 7, 2024. I did not include in my declaration that neither the mediator nor Murray participated in the September 19, 2024 Microsoft Teams conference with Mr. Berry.

3. In addition to actively participating in the mediation sessions, Flannery's counsel has engaged in numerous telephonic and email communications with the mediator, Murray and the other participants in the mediation, including the LEA's bankruptcy counsel. Discussions are ongoing between Flannery and Murray regarding settlement alternatives. Discussions between Flannery's bankruptcy counsel and the LEA's bankruptcy counsel have occurred prior to and following each mediation session and the September 19, 2024 Microsoft Teams conference. All discussions have been for the purpose of attempting to reach a global resolution of the Government Adversary and the Flannery Adversary.

4. I have personal knowledge of the facts stated herein, except where stated on information and belief based upon pleadings and papers filed with the Bankruptcy Court in the Flannery Adversary and the Government Adversary, and where so stated, I am informed and believe that such facts are true and correct. If called and sworn as a witness, I could and would competently testify to the above.

Executed this 26rd day of September 2024, at Los Angeles, California. I declare under penalty of perjury under the laws of the

///

1 | United States of America that the foregoing is true and correct.

_____
RAYMOND H. AVER

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11849 West Olympic Boulevard, Suite 204, Los Angeles, California 90064

The foregoing document described **"SUPPLEMENTAL DECLARATION OF RAYMOND H. AVER IN SUPPORT OF MOTION TO VACATE/ALTER ORDER DISMISSING ADVERSARY PROCEEDING FOR LACK OF PROSECUTION"** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 26, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

  X    Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **September 26, 2024**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

  X    Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 26, 2024**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Honorable Maureen A. Tighe                                  Andrea L. Murray - via email: bcr2003@aol.com
Bin on 1st floor outside of Clerk's office
   Judge's copy temporarily suspended by General Order 20-02.

  ___   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 26, 2024 | Raymond H. Aver | /s/ raymond h. aver |
|---|---|---|
| Date | Type Name | Signature |

## SERVICE LIST

**VIA NEF**

- Raymond H. Aver    ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com
- Jacquelyn H Choi    jacquelyn.choi@rimonlaw.com, docketingsupport@rimonlaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Nancy J Zamora (TR)    zamora3@aol.com, nzamora@ecf.axosfs.com

**VIA FIRST CLASS MAIL**

Andrea Lynn Murray
12051 Browns Canyon Rd
Chatsworth, CA 91311