FILED & ENTERED

OCT 31 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Andrea Lynn Murray<br><br>Debtor(s). | CHAPTER 7<br><br>Case No.:  1:21-bk-11781-MT<br>Adv No:   1:22-ap-01011-MT<br><br>**ORDER VACATING EARLIER ORDER (ECF #55) AND <u>RESETTING HEARING</u> ON PLAINTIFF'S MOTION TO VACATE DISMISSAL ORDER**<br><br>Date:   November 4, 2024<br>Time:   11:00 a.m.<br>Courtroom: 302 – in person or by zoom as per earlier noticed link |
| Patrick Flannery<br><br>Plaintiff(s),<br><br>   v.<br><br>Andrea Lynn Murray<br><br>Defendant(s). | |

On September 9, 2024, the Court ordered this case dismissed for lack of prosecution. (see ECF # 48)

On September 23, 2024, Plaintiff Flannery brought a motion to vacate the order

-1-

of dismissal (ECF # 50); It was subsequently set for hearing on November 4, 2024 at 11:00 a.m. (ECF#52).

On October 18, 2024, the Court had not received an opposition to the Plaintiff's motion and granted the motion to vacate the dismissal. (ECF# 55).

On October 28, 2024, the court received an opposition from Defendant Andrea Lynn Murray to Plaintiff's motion to vacate the dismissal. (ECF # 57).

Realizing that the notice of hearing (ECF# 53), notified Defendant that she had until October 21, 2024 to oppose the motion, the order granting the motion to vacate was improvidently granted and did not consider Defendant Murray's opposition.

Therefore, the ORDER GRANTING THE MOTION FOR RECONSIDERATION OF DISMISSAL FOR LACK OF PROSECUTION AND VCATING HEARING OF NOVEMBER 4, 2024 (ECF #55) is hereby **VACATED**, and

IT IS FURTHER ORDERED that the hearing on Plaintiff's Motion to Vacate/Alter Order Dismissing Adversary Proceeding is **REINSTATED and will be heard on NOVEMBER 4, 2024 at 11:00 a.m**.

Plaintiff's counsel is ORDERED to appear on his motion to vacate/alter order dismissing adversary; all parties may appear in person or via the Zoom.gov link provided in the earlier notices.

Date: October 31, 2024

Maureen A. Tighe
United States Bankruptcy Judge