1 | RAYMOND H. AVER - SBN 109577
LAW OFFICES OF RAYMOND H. AVER
2 | A Professional Corporation
11849 West Olympic Boulevard, Suite 204
3 | Los Angeles, California 90064
Telephone: (310) 571-3511
4 | email: ray@averlaw.com

5 | Bankruptcy Litigation Counsel for
PATRICK J. FLANNERY
6 | Plaintiff

7

8 | UNITED STATES BANKRUPTCY COURT

9 | CENTRAL DISTRICT OF CALIFORNIA [SAN FERNANDO VALLEY DIVISION]

10

11 | In re:                          ) Case No. 1:21-bk-11781-MT
                                    )
12 | ANDREA LYNN MURRAY,             ) In Proceedings Under
                                    ) Chapter 7
13 |                                 )
                                    )
14 |          Debtor.               ) Adv. No. 1:22-ap-01011-MT
                                    )
15 |                                 ) DECLARATION OF RAYMOND H. AVER AND
                                    ) EXHIBITS IN REPLY TO OPPOSITION TO
16 | _____  ) MOTION TO VACATE/ALTER ORDER
                                    ) DISMISSING ADVERSARY PROCEEDING FOR
17 | PATRICK J. FLANNERY,            ) LACK OF PROSECUTION
                                    )
18 |          Plaintiff,            )
                                    )
19 | v.                              )
                                    )
20 | ANDREA LYNN MURRAY,             ) Date:  November 4, 2024
                                    ) Time:  11:00 a.m.
21 |          Defendant.            ) Place: Courtroom 302
                                    )    United States Bankruptcy Court
22 | _____  )    21041 Burbank Boulevard
                                         Woodland Hills, California 91367

23

24

25

26

27

28

### DECLARATION OF RAYMOND H. AVER

I, RAYMOND H. AVER, declare:

1.    I submit this declaration for the purpose of replying to the some of the statements made by Andrea L. Murray in her declaration in support of her opposition ("Opposition") and in the Opposition to the "Motion To Vacate/Alter Order Dismissing Adversary Proceeding For Lack of Prosecution" ("Motion").

2.    I have not had sufficient time to prepare a reply brief for the following reasons.  The Opposition appears to have been filed on October 28, 2024, one week after the deadline for doing so.  The Proof of Service declaration, attached to the Opposition, states that the Opposition was served to me via email on October 28, 2024; however, I did not receive the Opposition until October 30, 2024, as evidenced by the email I received from Ms. Murray, a true and correct copy of which is attached as **Exhibit A** hereto.  Also, the "Order Vacating Earlier Order (ECF #55) And Resetting Hearing On Plaintiff's Motion To Vacate Dismissal Order" ("Order Vacating Earlier Order") was entered on October 31, 2024, and because I do not receive notice of cm/ecf filings until the morning of the following day, I was not aware of the issuance/entry of the Order Vacating Earlier Order until Friday, November 1, 2024.

3.    Despite having been served via email and first class mail with: (a) the Motion on September 23, 2024, (b) the "Supplemental Declaration Of Raymond H. Aver In Support Of Motion To Vacate/Alter Order Dismissing Adversary Proceeding For Lack Of Prosecution" on September 26, 2024, and © the "Notice Of Hearing Of Motion To Vacate/Alter Order Dismissing Adversary Proceeding For Lack Of

1  Prosecution" on October 4, 2024, which plainly states that any
2  opposition is due "not later than 14 days before the date designated
3  for hearing" (i.e., by October 21, 2024), the Opposition was filed and
4  one week late and served more than one week late.

5       4.    Even more disappointing is that Ms. Murray has reneged on
6  her promise made during our telephone conversation on September 12,
7  2024, to stipulate to relief from the "Order Dismissing Case."  It was
8  only after Ms. Murray did not return my subsequent voice mail messages
9  and did not respond to my September 15, 2024 and September 16, 2024
10 emails, true and correct copies of which are attached as **Exhibit B**
11 hereto, that I realized she was going to honor to her promise.

12      5.    Ms. Murray implies that the adversary proceeding has not
13 been actively prosecuted.  The following emails sent and received in
14 connection with the mediation with Sandra Coleman, Esquire and
15 involving Ms. Murray, the Local Enforcement Agency ("LEA") and Patrick
16 Flannery during the period of July through September 2024, belie Ms.
17 Murray's implication.  A true and correct copy of the emails during
18 this three month period are attached as **Exhibit C** hereto.

19      6.    Ms. Murray claims that I have engaged in a "pattern" of
20 disregard of the prosecution of the adversary proceeding. Ms. Murray
21 represents that she generally reaches out to me before a status
22 conference so that a status report can be timely filed, and that I do
23 not return her calls, emails or text messages until a few days before
24 the hearing.  Contrary to these claims, it is I who reaches out to her
25 and it is Ms. Murray who often does not return my calls and emails.
26 Attached collectively as **Exhibit D** are emails from April 2022, June
27 2023, and November 2023 demonstrating that it is I who initiates the
28 communications for the preparation of the joint status reports and it

1   is I who has to leave voice mail messages and to send emails in an

2   effort to get Ms. Murray to respond.  Ms. Murray references an Exhibit

3   3 in an effort to support her statements.  However, there is no

4   Exhibit 3, attached to her declaration.

5       7.    Ms. Murray also claims that she reached out to me prior to a

6   Status Conference scheduled on March 11, 2024, so that the hearing

7   could be continued.  Contrary to Ms. Murray's statement, I did not

8   receive any telephone calls or emails from Ms. Murray during this time

9   period.

10      8.    I did receive an email from Ms. Murray following the March

11  11, 2024 status conference informing me that the hearing had been

12  continued to June 24, 2024.  A true and correct copy of the March 11,

13  2024 email is attached as **Exhibit E** hereto.  Ms. Murray claims I did

14  not respond to her email; however, the email does not ask for or

15  require a response.

16      9.    I did contact Ms. Murray on June 20, 2024 regarding a

17  continuance of the June 24, 2024 status conference, and prepared and

18  sent her a "Joint Status Report And Request To Continue Adversary

19  Status Conference," which was filed on June 20, 2024, together with a

20  proposed order and a notice of lodgment, resulting in the issuance of

21  an order on June 21, 2024, continuing the Status Conference.

22      10.  Ms. Murray cites to LBR 7016-1(a)(2) emphasizing that the

23  Local Rules requires that a status conference report be filed at least

24  14 days prior to the status conference.  Ms. Murray does not, however,

25  reference or cite to LBR 7016-1(a)(3) which states:

26          If any party fails to cooperate in the preparation of a
            joint status report ... each party must file a unilateral
27          status report not less than 7 days before the date set for
            each status conference, unless otherwise ordered by the
28          court.  The unilateral status report must contain a

1    declaration setting forth the attempts made by the party to
     contact or obtain the cooperation of the non-complying
2    party.

3  And Ms. Murray did not contact me and did not file a unilateral status

4  report.

5      11.  While it certainly does not absolve me from not having filed

6  a status report or for not appearing at the status conference, the

7  Court should take into consideration that Ms. Murray did not contact

8  me prior to the status conference to inquire about the preparation of

9  a status report.  Nor did she file a unilateral status report or

10 appear at the status conference.

11     12.  Ms. Murray claims that Patrick Flannery will not be

12 prejudiced if his adversary proceeding is dismissed.  However, the LEA

13 has threatened to proceed against Mr. Flannery, as a co-owner of the

14 Browns Canyon Property, even though Mr. Flannery had nothing to do

15 with the dumping of the construction materials on the property unless

16 a global consensual resolution involving the LEA, Ms. Murray and Mr.

17 Flannery can be achieved.  Certainly, the dismissal did not occur as a

18 result of any culpable conduct by Mr. Flannery.

19     13.  I have been practicing before the United States Bankruptcy

20 Court for more than 40 years and have appeared before the United

21 States Bankruptcy Court for the Central District of California,

22 including this Court on countless occasions.  I not recall having ever

23 missed a hearing, including a status conference, other than in this

24 adversary proceeding.

25     14.  As I attempted to explain in my declaration in support

26 of the Motion, I have not wilfully failed to adequately monitor this

27 adversary proceeding.  I have attempted at all times to work

28 cooperatively with Ms. Murray and to keep the fees and costs at a

1  minimum while Ms. Murray has been addressing the claims of the LEA

2  and the other state agencies.  I accept the sanction imposed by the

3  Court in the vacated "Order Granting Motion For Reconsideration Of

4  Dismissal For Lack Of Prosecution And Vacating Hearing On November 4,

5  2024," and will promptly pay it.

6

7      15.  I have personal knowledge of the facts stated herein,

8  except where stated on information and belief based upon pleadings

9  and papers filed with the Bankruptcy Court in the Flannery Adversary

10 and the Government Adversary, and where so stated, I am informed and

11 believe that such facts are true and correct.  If called and sworn as

12 a witness, I could and would competently testify to the above.

13     Executed this 4th day of November 2024, at Los Angeles,

14 California.  I declare under penalty of perjury under the laws of the

15 United States of America that the foregoing is true and correct.

16

17                                        _____

18                                              RAYMOND H. AVER

19

20

21

22

23

24

25

26

27

28

EXHIBIT A

**Raymond H. Aver**

| | |
|---|---|
| **From:** | Angel Office <bcr_office@aol.com> |
| **Sent:** | Wednesday, October 30, 2024 9:54 AM |
| **To:** | Raymond H. Aver; averlawfirm@gmail.com; Ani Minasyan; katya@averlaw.com; Jesus Hinojosa |
| **Subject:** | Flannery v. Murray 1:22-ap-01011-MT  Opposition of Motion to Vacate the Order to Dismiss in the Adversary Proceeding |
| **Attachments:** | 2 2024 10 29 EFD First Stamped Page of Opposition Vacate Dismissal - Oct 29 2024 - 6-23 AM.pdf |

Dear Mr. Aver,

Please find attached  a copy of the Opposition of Motion to Vacate the Order to Dismiss in the Adversary Proceeding for Flannery v. Murray 1:22-ap-01011-MT. with the following documents;

OPPOSITION TO MR. FLANNERY'S MOTION TO VACATE THE ORDER TO DIMISS

ADDENDUM FOR  #3. OF THE OPPOSITION TITLED THIS OPPOSITION IS BASED UPON THE FOLLOWING GROUNDS

DECLARATION OF ANDREA L. MURRAY WITH EXHIBITS 1 AND 2

DECLARATION OF ROBERT BERRY

A hard copy was sent to you by first class mail U.S. Mail on 10/28/24.

EXHIBIT B

**Raymond H. Aver**

| | |
|---|---|
| **From:** | Raymond H. Aver |
| **Sent:** | Monday, September 16, 2024 6:09 PM |
| **To:** | Andrea Murray |
| **Subject:** | FW: Flannery v. Murray |
| **Attachments:** | Stip2ReliefFromDismissal.pdf |

Ms. Murray:

Checking in.  I have left you two voice mail messages.  Will you be able to get back to me today?



Raymond H. Aver
Attorney at Law

**AVER
LAW FIRM**

11849 West Olympic Boulevard

Suite 204

Los Angeles, California 90064

Tel: (310) 571-3511

email: ray@averlaw.com

Web: www.averlaw.com

*Certified Bankruptcy Specialist
State Bar of California, Board of Legal Specialization*

**From:** Raymond H. Aver
**Sent:** Sunday, September 15, 2024 7:24 PM
**To:** Andrea Murray <bcr2003@aol.com>
**Subject:** Flannery v. Murray

Ms. Murray:

Attached is a draft of the "Stipulation To Relief From 'Order Dismissing Case'" for your review and approval.

I attempted to reach you earlier today to ensure that the facts set forth in the full paragraph on page 3 were up to date.

I hope you have time to review the stipulation and that we can file it tomorrow.



Raymond H. Aver

Attorney at Law

**AVER**
**LAW FIRM**

11849 West Olympic Boulevard

Suite 204

Los Angeles, California 90064

Tel: (310) 571-3511
email: ray@averlaw.com
Wed: www.averlaw.com

*Certified Bankruptcy Specialist*
*State Bar of California, Board of Legal Specialization*

EXHIBIT C

**Raymond H. Aver**

| | |
|---|---|
| **From:** | Raymond H. Aver |
| **Sent:** | Tuesday, July 2, 2024 9:51 AM |
| **To:** | Sandra Coleman; daneshrad@yahoo.com |
| **Subject:** | RE: Murray mediation |
| **Attachments:** | Initial Mediation Confidentialiry Agmt - Flannery.pdf |

Ms. Coleman:

Attached is the executed Initial Mediation Confidentiality Agreement.

*Raymond H. Aver*
*Attorney at Law*

# AVER
# LAW FIRM

11849 West Olympic Boulevard

Suite 204

Los Angeles, California 90064

Tel: (310) 571-3511

email: ray@averlaw.com

Web: www.averlaw.com

*Certified Bankruptcy Specialist*
*State Bar of California, Board of Legal Specialization*

**From:** Sandra Coleman <sandra.coleman@sbcglobal.net>
**Sent:** Monday, July 1, 2024 12:22 PM
**To:** daneshrad@yahoo.com; Raymond H. Aver <ray@averlaw.com>
**Subject:** Murray mediation

Attached please find the Bankruptcy Court's mediation confidentiality agreement. The other parties have signed this. Since you are new participants to this mediation, please sign and return the signature page to me before tomorrow's mediation.

I am sure you are aware of the confidentiality of statements made in mediation, the goal of which is to encourage all parties to talk freely.

Will Patrick Flanery be joining in the mediation? If so, he will need to sign this as well.

*Sandra J. Coleman*
SJ Coleman & Associates
2700 N. Main St., Ste. 1070
Santa Ana, CA 92705
714-667-0707
Fax:  714-667-1136
www.sjcolemanlaw.com

This email message is sent from a law firm and may contain information that is privileged or confidential.  If you are not the intended recipient, you are prohibited from disclosing, copying, distributing or using the information in any way.  IF YOU RECEIVED THIS EMAIL IN ERROR, PLEASE NOTIFY THE SENDER BY REPLY EMAIL OR TELEPHONE IMMEDIATELY and delete the message along with any attachments without reading or saving.

**Raymond H. Aver**

| | |
|---|---|
| **From:** | Raymond H. Aver |
| **Sent:** | Monday, August 12, 2024 11:19 AM |
| **To:** | Andrea Murray |
| **Subject:** | RE: The People of the State of CA, et al. v. Murray - Update |

Ms. Murray:

Unfortunately, I was unable to speak with you yesterday at 7:00 p.m. when you were available.

I am in the office and generally available today.  Please let me know If you anticipate having some time to speak today and I will block out the time.



*Raymond H. Aver*
*Attorney at Law*

**AVER**
**LAW FIRM**

11849 West Olympic Boulevard

Suite 204

Los Angeles, California 90064

Tel: (310) 571-3511

email: ray@averlaw.com

Web: www.averlaw.com

*Certified Bankruptcy Specialist*
*State Bar of California, Board of Legal Specialization*

**From:** Andrea Murray <bcr2003@aol.com>
**Sent:** Sunday, August 11, 2024 8:02 PM
**To:** Raymond H. Aver <ray@averlaw.com>
**Subject:** Re: The People of the State of CA, et al. v. Murray - Update

Dear Mr. Aver,

I am available to speak with you until late this evening, and then again, early tomorrow morning before 10:00 a.m.

If these times are not convenient for you, perhaps you could communicate with me by email, or by text message, so that I can give Ms. Choi an idea as to whether we should move forward with the mediation on Tuesday or not.

As mentioned in my voicemail earlier, I think it will be difficult for Mr. Flannery and me to reach an agreement without first identifying whether he wants to retain ownership in the property and continue to work with the LEA by bringing the property into compliance, or whether he wants to sell his interest in the property to someone who is willing to work with the LEA.

I think that if we can at least determine that much, it would give us a solid platform from which to discuss the best way to move forward at the upcoming mediation.

Without that information, I will need to inform Ms. Choi that Patrick and I are no closer to reaching an agreement and as a result, the mediation most likely will move forward.

Let me know what you want to do.


Regards,

Andrea Murray




On Sunday, August 11, 2024 at 04:33:45 PM PDT, Raymond H. Aver <ray@averlaw.com> wrote:

Ms. Murray:

I am available to speak with you this evening if you are able set aside some time.  Please let me know if you have any availability.

RAYMOND H. AVER, ESQUIRE
LAW OFFICES OF RAYMOND H. AVER
A Professional Corporation
**11849 West Olympic Boulevard, Suite 204**
Los Angeles, California 90064
Tel.: (310) 571-3511
email: ray@averlaw.com

Certified Bankruptcy Specialist
State Bar of California
Board of Legal Specialization

**From:** Jacquelyn H. Choi <jacquelyn.choi@rimonlaw.com>
**Sent:** Sunday, August 11, 2024 3:20:33 PM
**To:** Andrea Murray <bcr2003@aol.com>; Raymond H. Aver <ray@averlaw.com>; Joseph Daneshrad

<daneshrad@yahoo.com>
**Cc:** sandra.coleman@sbcglobal.net <sandra.coleman@sbcglobal.net>; Blaine McPhillips
<BMcphillips@counsel.lacounty.gov>; Renee Jensen <rjensen@fwhb.com>
**Subject:** Re: The People of the State of CA, et al. v. Murray - Update

Good afternoon:

If I'm not mistaken, Ms. Murray and/or Mr. Flannery's counsel was supposed to let us know whether there has been some progress between the two parties since the last mediation and whether Tuesday's upcoming mediation should (or should not) go forward. Kindly advise by Monday morning.

Thank you,
Jackie

---

**Jacquelyn H. Choi** | Partner
RIMÔN PC
+1 310.525.5859 | jacquelyn.choi@rimonlaw.com
2029 Century Park East, Suite 400N, Los Angeles, CA 90067
www.rimonlaw.com | See Our International Offices | Read Our Insights
Connect on LinkedIn | Like us on Facebook
*This e-mail is sent by a law firm and contains information that may be confidential or privileged. If you have received this communication in error, please reply to the sender (only) and then please delete this message from your inbox as well as any copies. Thank you.*

---

**From:** Jacquelyn H. Choi <jacquelyn.choi@rimonlaw.com>
**Sent:** Friday, July 19, 2024 12:40 PM
**To:** Andrea Murray <bcr2003@aol.com>; Raymond H. Aver <ray@averlaw.com>; Joseph Daneshrad <daneshrad@yahoo.com>
**Cc:** sandra.coleman@sbcglobal.net <sandra.coleman@sbcglobal.net>; Blaine McPhillips <BMcphillips@counsel.lacounty.gov>;
Renee Jensen <rjensen@fwhb.com>
**Subject:** The People of the State of CA, et al. v. Murray - Update

Dear Counsel and Ms. Murray:

I am writing to provide you with an update on the LEA's efforts to interview and find a potential engineer who may be able to undertake the remediation work on the property.

The LEA spoke with representatives from Langan Consultants (https://www.langan.com/) to conduct the Environmental Remediation study on behalf of Ms. Murray. The LEA explained the details of the situation to Langan, and they have confirmed that they have the expertise, ability, and willingness to work for Murray on this project.

We are in the process of obtaining CVs for their environmental engineers and further pricing info which we will provide on July 29th.

Thank you,
Jackie

---

**Jacquelyn H. Choi** | Partner
RIMÔN PC
+1 310.525.5859 | jacquelyn.choi@rimonlaw.com
2029 Century Park East, Suite 400N, Los Angeles, CA 90067
www.rimonlaw.com | See Our International Offices | Read Our Insights

3

Connect on **LinkedIn** | Like us on **Facebook**

*This e-mail is sent by a law firm and contains information that may be confidential or privileged.  If you have received this communication in error, please reply to the sender (only) and then please delete this message from your inbox as well as any copies. Thank you.*

**Raymond H. Aver**

| | |
|---|---|
| **From:** | Raymond H. Aver |
| **Sent:** | Wednesday, August 14, 2024 3:04 PM |
| **To:** | Sandra Coleman; 'Jacquelyn H. Choi'; 'Andrea Murray'; rjensen@fwhb.com; 'Joseph Daneshrad'; 'Blaine McPhillips' |
| **Subject:** | RE: The People of the State of CA, et al. v. Murray - Update |

Ms. Coleman:

I will reserve Friday, September 13, 2024 @ 11:00 a.m. on my calendar.

Thanks,



Raymond H. Aver
Attorney at Law

# AVER
## LAW FIRM

11849 West Olympic Boulevard

Suite 204

Los Angeles, California 90064

Tel: (310) 571-3511

email: ray@averlaw.com

Web: www.averlaw.com

*Certified Bankruptcy Specialist*
*State Bar of California, Board of Legal Specialization*

**From:** Sandra Coleman <sandra.coleman@sbcglobal.net>
**Sent:** Wednesday, August 14, 2024 2:19 PM
**To:** 'Jacquelyn H. Choi' <jacquelyn.choi@rimonlaw.com>; 'Andrea Murray' <bcr2003@aol.com>; rjensen@fwhb.com; 'Joseph Daneshrad' <daneshrad@yahoo.com>; Raymond H. Aver <ray@averlaw.com>; 'Blaine McPhillips' <BMcphillips@counsel.lacounty.gov>
**Subject:** RE: The People of the State of CA, et al. v. Murray - Update

September 13 works for my calendar.  This is notice that the mediation is continued to 11 a.m. Friday, September 13, 2024.

*Sandra J. Coleman*
SJ Coleman & Associates
2700 N. Main St., Ste. 1070
Santa Ana, CA 92705
714-667-0707
Fax:  714-667-1136
www.sjcolemanlaw.com

This email message is sent from a law firm and may contain information that is privileged or confidential.  If you are not the intended recipient, you are prohibited from disclosing, copying, distributing or using the information in any way.  IF YOU RECEIVED THIS EMAIL IN ERROR, PLEASE NOTIFY THE SENDER BY REPLY EMAIL OR TELEPHONE IMMEDIATELY and delete the message along with any attachments without reading or saving.

**From:** Jacquelyn H. Choi <jacquelyn.choi@rimonlaw.com>
**Sent:** Wednesday, August 14, 2024 1:15 PM
**To:** Andrea Murray <bcr2003@aol.com>; rjensen@fwhb.com; Joseph Daneshrad <daneshrad@yahoo.com>; Sandra Coleman <sandra.coleman@sbcglobal.net>; 'Raymond H. Aver' <ray@averlaw.com>; 'Blaine McPhillips' <BMcphillips@counsel.lacounty.gov>
**Subject:** RE: The People of the State of CA, et al. v. Murray - Update

I am also available on September 12th and September 13th.

Thank you.

---

Jacquelyn H. Choi | Partner
RIMÔN PC
+1 310.525.5859 | jacquelyn.choi@rimonlaw.com
2029 Century Park East, Suite 400N, Los Angeles, CA 90067
www.rimonlaw.com | See Our International Offices | Read Our Insights
Connect on LinkedIn | Like us on Facebook
This e-mail is sent by a law firm and contains information that may be confidential or privileged.  If you have received this communication in error, please reply to the sender (only) and then please delete this message from your inbox as well as any copies. Thank you.

**From:** Andrea Murray <bcr2003@aol.com>
**Sent:** Tuesday, August 13, 2024 6:20 PM
**To:** rjensen@fwhb.com; Joseph Daneshrad <daneshrad@yahoo.com>; Sandra Coleman <sandra.coleman@sbcglobal.net>; 'Raymond H. Aver' <ray@averlaw.com>; 'Blaine McPhillips' <BMcphillips@counsel.lacounty.gov>; Jacquelyn H. Choi <jacquelyn.choi@rimonlaw.com>
**Subject:** Re: The People of the State of CA, et al. v. Murray - Update

I am not available September 9th  through the 11th, but the 12th & 13th would work.

Sent from AOL on Android

On Tue, Aug 13, 2024 at 4:56 PM, Renee Jensen <rjensen@fwhb.com> wrote:

Unfortunately, Sept. 6 does not work for me. Any day Sept. 10-13 would work for me.

**From:** Joseph Daneshrad <daneshrad@yahoo.com>
**Date:** Tuesday, August 13, 2024 at 4:09 PM
**To:** Sandra Coleman <sandra.coleman@sbcglobal.net>, 'Raymond H. Aver' <ray@averlaw.com>, 'Blaine McPhillips' <BMcphillips@counsel.lacounty.gov>, 'Jacquelyn H. Choi' <jacquelyn.choi@rimonlaw.com>, Andrea Murray <bcr2003@aol.com>
**Cc:** Renee Jensen <rjensen@fwhb.com>
**Subject:** Re: The People of the State of CA, et al. v. Murray - Update

Thank you Ms. Coleman.  September 6 is fine with me.


Joseph Daneshrad, Esq.
**Daneshrad Law Firm, APC**
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Tel: 310-447-3544

Fax: 310-447-3553

daneshrad@yahoo.com


Disclaimer: This E-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. This information is confidential information and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.


On Tuesday, August 13, 2024 at 03:52:59 PM PDT, Andrea Murray <bcr2003@aol.com> wrote:



Thank you so much, Ms. Coleman!

Sent from AOL on Android



On Tue, Aug 13, 2024 at 3:46 PM, Sandra Coleman

<sandra.coleman@sbcglobal.net> wrote:

Sept. 6 seems to be the best day.  I have heard from Ms. Choi, Mr. McPhillips, Ms. Murray and Mr. Aver.  Unless Ms. Jensen, Mr. Daneshrad and Mr. Flannery object, that will be the date.  I can schedule it at 11 a.m.   Notice to that effect will be sent out Friday, unless I hear an objection.


Sandra J. Coleman

3

SJ Coleman & Associates

2700 N. Main St., Ste. 1070

Santa Ana, CA 92705

714-667-0707

Fax:  714-667-1136

www.sjcolemanlaw.com

This email message is sent from a law firm and may contain information that is privileged or confidential.  If you are not the intended recipient, you are prohibited from disclosing, copying, distributing or using the information in any way.  IF YOU RECEIVED THIS EMAIL IN ERROR, PLEASE NOTIFY THE SENDER BY REPLY EMAIL OR TELEPHONE IMMEDIATELY and delete the message along with any attachments without reading or saving.

**From:** Raymond H. Aver <ray@averlaw.com>
**Sent:** Tuesday, August 13, 2024 8:30 AM
**To:** Blaine McPhillips <BMcphillips@counsel.lacounty.gov>; Jacquelyn H. Choi
<jacquelyn.choi@rimonlaw.com>; Sandra Coleman <sandra.coleman@sbcglobal.net>; 'Andrea Murray'
<bcr2003@aol.com>; 'Joseph Daneshrad' <daneshrad@yahoo.com>
**Cc:** Renee Jensen <rjensen@fwhb.com>
**Subject:** Re: The People of the State of CA, et al. v. Murray - Update

Hopefully, after 10:00 a.m.

RAYMOND H. AVER, ESQUIRE

LAW OFFICES OF RAYMOND H. AVER

A Professional Corporation

11849 West Olympic Boulevard, Suite 204

Los Angeles, California 90064

Tel.: (310) 571-3511

email: ray@averlaw.com

Certified Bankruptcy Specialist

4

State Bar of California

Board of Legal Specialization

---

**From:** Blaine McPhillips <BMcphillips@counsel.lacounty.gov>
**Sent:** Tuesday, August 13, 2024 8:28:55 AM
**To:** Jacquelyn H. Choi <jacquelyn.choi@rimonlaw.com>; Raymond H. Aver <ray@averlaw.com>; Sandra Coleman <sandra.coleman@sbcglobal.net>; 'Andrea Murray' <bcr2003@aol.com>; 'Joseph Daneshrad' <daneshrad@yahoo.com>
**Cc:** Renee Jensen <rjensen@fwhb.com>
**Subject:** RE: The People of the State of CA, et al. v. Murray - Update

I'm available for September 6 in the morning.

## Blaine McPhillips

SENIOR DEPUTY

Office of the County Counsel

County of Los Angeles

213.595.8094



CONFIDENTIALITY NOTICE: This email message, including any attachments, from the Office of the County Counsel is intended for the official and confidential use of the recipients to whom it is addressed. It contains information that may be confidential, privileged, attorney work product, or otherwise exempted from disclosure under applicable law. If you have received this message in error, be advised that any review, disclosure, use, dissemination, distribution, or reproduction of this message or its contents is strictly prohibited. Please notify us immediately by reply email that you have received this message in error, and destroy this message, including any attachments.

**From:** Jacquelyn H. Choi <jacquelyn.choi@rimonlaw.com>
**Sent:** Monday, August 12, 2024 6:07 PM
**To:** Raymond H. Aver <ray@averlaw.com>; Sandra Coleman <sandra.coleman@sbcglobal.net>; 'Andrea Murray' <bcr2003@aol.com>; 'Joseph Daneshrad' <daneshrad@yahoo.com>
**Cc:** Blaine McPhillips <BMcphillips@counsel.lacounty.gov>; Renee Jensen <rjensen@fwhb.com>
**Subject:** RE: The People of the State of CA, et al. v. Murray - Update

CAUTION: External Email. Proceed Responsibly.

I'm available on September 6th but not September 3rd. Ms. Jensen and Mr. McPhillips can reply when they get a chance.

Thank you,

Jackie

**Jacquelyn H. Choi** | Partner
RIMÔN PC
+1 310.525.5859 | jacquelyn.choi@rimonlaw.com
2029 Century Park East, Suite 400N, Los Angeles, CA 90067
www.rimonlaw.com | See Our International Offices | Read Our Insights
Connect on LinkedIn | Like us on Facebook
*This e-mail is sent by a law firm and contains information that may be confidential or privileged. If you have received this communication in error, please reply to the sender (only) and then please delete this message from your inbox as well as any copies. Thank you.*

**From:** Raymond H. Aver <ray@averlaw.com>
**Sent:** Monday, August 12, 2024 5:42 PM
**To:** Sandra Coleman <sandra.coleman@sbcglobal.net>; 'Andrea Murray' <bcr2003@aol.com>; 'Joseph Daneshrad' <daneshrad@yahoo.com>; Jacquelyn H. Choi <jacquelyn.choi@rimonlaw.com>
**Cc:** 'Blaine McPhillips' <bmcphillips@counsel.lacounty.gov>; 'Renee Jensen' <rjensen@fwhb.com>
**Subject:** RE: The People of the State of CA, et al. v. Murray - Update

All:

I am generally available on September 3 or 6, but would prefer the latter date to afford the broker as much time as possible to facilitate agreement to pay for the engineering inspection and report with the third party prospective purchaser.



Raymond H. Aver

Attorney at Law

# AVER
# LAW FIRM

11849 West Olympic Boulevard

Suite 204

Los Angeles, California 90064

Tel: (310) 571-3511

email: ray@averlaw.com

Web: www.averlaw.com

*Certified Bankruptcy Specialist*
*State Bar of California, Board of Legal Specialization*

---

**From:** Sandra Coleman <sandra.coleman@sbcglobal.net>
**Sent:** Monday, August 12, 2024 1:33 PM
**To:** Raymond H. Aver <ray@averlaw.com>; 'Andrea Murray' <bcr2003@aol.com>; 'Joseph Daneshrad'
<daneshrad@yahoo.com>; 'Jacquelyn H. Choi' <jacquelyn.choi@rimonlaw.com>
**Cc:** 'Blaine McPhillips' <bmcphillips@counsel.lacounty.gov>; 'Renee Jensen' <rjensen@fwhb.com>
**Subject:** RE: The People of the State of CA, et al. v. Murray - Update


I am OK with a continuance, so I will not send out a Zoom link for tomorrow, as planned. I am available August 30, September 3,4, or 6. Decide among yourselves what date you want and let me know.


Sandra J. Coleman

SJ Coleman & Associates

2700 N. Main St., Ste. 1070

Santa Ana, CA 92705

714-667-0707

Fax: 714-667-1136

7

www.sjcolemanlaw.com

This email message is sent from a law firm and may contain information that is privileged or confidential.  If you are not the intended recipient, you are prohibited from disclosing, copying, distributing or using the information in any way.  IF YOU RECEIVED THIS EMAIL IN ERROR, PLEASE NOTIFY THE SENDER BY REPLY EMAIL OR TELEPHONE IMMEDIATELY and delete the message along with any attachments without reading or saving.

**From:** Raymond H. Aver <ray@averlaw.com>
**Sent:** Monday, August 12, 2024 1:25 PM
**To:** Andrea Murray <bcr2003@aol.com>; Joseph Daneshrad <daneshrad@yahoo.com>; Jacquelyn H. Choi <jacquelyn.choi@rimonlaw.com>
**Cc:** sandra.coleman@sbcglobal.net; Blaine McPhillips <bmcphillips@counsel.lacounty.gov>; Renee Jensen <rjensen@fwhb.com>
**Subject:** RE: The People of the State of CA, et al. v. Murray - Update

All:

I have spoken with Ms. Choi and with Ms. Murray, who I have been in communication with the past week or so.  Given the status of the discussions between Mr. Flannery and Ms. Murray and the very recent development regarding the interest of the third-party prospective purchaser in paying for an engineer's analysis, I suggest we postpone the mediation scheduled for tomorrow.

Both Ms. Choi, Mr. Daneshrad and I are generally available on August 28, 29 or 30, 2024.  Ms. Murray has spoken with Mr. Berry who will try to facilitate the negotiation and drafting of a written agreement and has suggested that the mediation be postponed until sometime soon after the Labor Day holiday.

Please let me know how you wish to proceed.



*Raymond H. Aver*

*Attorney at Law*

# AVER
## LAW FIRM

11849 West Olympic Boulevard

Suite 204

Los Angeles, California 90064

Tel: (310) 571-3511

email: ray@averlaw.com

Web: www.averlaw.com

*Certified Bankruptcy Specialist*
*State Bar of California, Board of Legal Specialization*

---

**From:** Andrea Murray <bcr2003@aol.com>
**Sent:** Monday, August 12, 2024 11:49 AM
**To:** Raymond H. Aver <ray@averlaw.com>; Joseph Daneshrad <daneshrad@yahoo.com>; Jacquelyn H. Choi <jacquelyn.choi@rimonlaw.com>
**Cc:** sandra.coleman@sbcglobal.net; Blaine McPhillips <bmcphillips@counsel.lacounty.gov>; Renee Jensen <rjensen@fwhb.com>
**Subject:** Re: The People of the State of CA, et al. v. Murray - Update

Good morning;

Although there hasn't been much progress in reaching an agreement with Mr. Flannery, there has been significant progress toward getting the engineer's analysis done on the property.

Mr. Robert Berry, the real estate agent that the ranch is listed with, has a buyer that is interested in paying for the engineer's analysis, on the condition that I reimburse them from my proceeds of the sale in escrow.

For more information, please feel free to contact Mr. Berry directly at (805) 253-2669 or by email at robert@teamszakos.com

Although the source of paying for the engineer might have changed I still believe our objective at this upcoming mediation remains the same - to see the property remediated as soon as possible.

This is the only way that I can think of that will help us to achieve that.

I hope that we can go forward with one more mediation.

Thank you for your consideration.

Kindest Regards,

Andrea Murray

On Sunday, August 11, 2024 at 03:20:43 PM PDT, Jacquelyn H. Choi <jacquelyn.choi@rimonlaw.com> wrote:

Good afternoon:

If I'm not mistaken, Ms. Murray and/or Mr. Flannery's counsel was supposed to let us know whether there has been some progress between the two parties since the last mediation and whether Tuesday's upcoming mediation should (or should not) go forward. Kindly advise by Monday morning.

Thank you,

Jackie

**Jacquelyn H. Choi** | Partner

RIMÔN PC

+1 310.525.5859 | jacquelyn.choi@rimonlaw.com
2029 Century Park East, Suite 400N, Los Angeles, CA 90067
www.rimonlaw.com | See Our International Offices | Read Our Insights

Connect on **LinkedIn** | Like us on **Facebook**

*This e-mail is sent by a law firm and contains information that may be confidential or privileged. If you have received this communication in error, please reply to the sender (only) and then please delete this message from your inbox as well as any copies. Thank you.*

---

**From:** Jacquelyn H. Choi <jacquelyn.choi@rimonlaw.com>
**Sent:** Friday, July 19, 2024 12:40 PM
**To:** Andrea Murray <bcr2003@aol.com>; Raymond H. Aver <ray@averlaw.com>; Joseph Daneshrad <daneshrad@yahoo.com>
**Cc:** sandra.coleman@sbcglobal.net <sandra.coleman@sbcglobal.net>; Blaine McPhillips <BMcphillips@counsel.lacounty.gov>; Renee Jensen <rjensen@fwhb.com>
**Subject:** The People of the State of CA, et al. v. Murray - Update


Dear Counsel and Ms. Murray:

I am writing to provide you with an update on the LEA's efforts to interview and find a potential engineer who may be able to undertake the remediation work on the property.

The LEA spoke with representatives from Langan Consultants (https://www.langan.com/) to conduct the Environmental Remediation study on behalf of Ms. Murray. The LEA explained the details of the situation to Langan, and they have confirmed that they have the expertise, ability, and willingness to work for Murray on this project.

We are in the process of obtaining CVs for their environmental engineers and further pricing info which we will provide on July 29th.

Thank you,
Jackie

---

**Jacquelyn H. Choi** | Partner

RIMÔN PC

+1 310.525.5859 | jacquelyn.choi@rimonlaw.com
2029 Century Park East, Suite 400N, Los Angeles, CA 90067
www.rimonlaw.com | See Our International Offices | Read Our Insights

Connect on **LinkedIn** | Like us on **Facebook**

*This e-mail is sent by a law firm and contains information that may be confidential or privileged. If you have received this communication in error, please reply to the sender (only) and then please delete this message from your inbox as well as any copies. Thank you.*

Ford, Walker, Haggerty & Behar One World Trade Center, 27th Floor Long Beach, California 90831-2700 (562) 983-2500 Fax (562) 983-2555 Las Vegas * Long Beach * Sacramento * San Diego * San Francisco This e-mail (including any attachments) may contain privileged or confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this e-mail and any attachments and are hereby notified that any disclosure, copying, or

distribution of this communication, or the taking of any action based on it, is strictly prohibited. Thank you.

**Raymond H. Aver**

| | |
|---|---|
| **From:** | Raymond H. Aver |
| **Sent:** | Wednesday, September 11, 2024 6:43 PM |
| **To:** | Andrea Murray |
| **Subject:** | FW: Murray mediation |

Ms. Murray:

Please let me know when you are available to discuss and the telephone number I should use to reach you.

Thanks,



*Raymond H. Aver*
*Attorney at Law*

**AVER**
**LAW FIRM**

11849 West Olympic Boulevard

Suite 204

Los Angeles, California 90064

Tel: (310) 571-3511

email: ray@averlaw.com

Web: www.averlaw.com

*Certified Bankruptcy Specialist*
*State Bar of California, Board of Legal Specialization*

**From:** Jacquelyn H. Choi <jacquelyn.choi@rimonlaw.com>
**Sent:** Wednesday, September 11, 2024 4:15 PM
**To:** Sandra Coleman <sandra.coleman@sbcglobal.net>; 'Andrea Murray' <bcr2003@aol.com>; 'Joseph Daneshrad' <daneshrad@yahoo.com>; rjensen@fwhb.com; Raymond H. Aver <ray@averlaw.com>; 'Blaine McPhillips' <BMcphillips@counsel.lacounty.gov>
**Subject:** RE: Murray mediation

Thank you very much, Ms. Coleman.

The parties have not settled.  By this email I would like to ask Mr. Aver and Mr. Aver whether the two parties believe that Friday's continued mediation will be fruitful.  I have not received an update from either party.

Best,
Jackie

---

**Jacquelyn H. Choi** | Partner
RIMÔN PC
+1 310.525.5859 | jacquelyn.choi@rimonlaw.com
2029 Century Park East, Suite 400N, Los Angeles, CA 90067
www.rimonlaw.com | See Our International Offices | Read Our Insights
Connect on LinkedIn | Like us on **Facebook**

*This e-mail is sent by a law firm and contains information that may be confidential or privileged.  If you have received this communication in error, please reply to the sender (only) and then please delete this message from your inbox as well as any copies. Thank you.*

---

**From:** Sandra Coleman <sandra.coleman@sbcglobal.net>
**Sent:** Wednesday, September 11, 2024 4:09 PM
**To:** Jacquelyn H. Choi <jacquelyn.choi@rimonlaw.com>; 'Andrea Murray' <bcr2003@aol.com>; 'Joseph Daneshrad' <daneshrad@yahoo.com>; rjensen@fwhb.com; 'Raymond H. Aver' <ray@averlaw.com>; 'Blaine McPhillips' <BMcphillips@counsel.lacounty.gov>
**Subject:** Murray mediation

Dear Counsel and Participants,

Below is the link to the continued Murray mediation.  The confidentiality agreements signed by all remain in effect.  The continued mediation is scheduled for 11 a.m. Friday, Sept. 13, 2024.

If you have reached a settlement or no longer want to proceed, please let me know by Friday morning at 9 a.m.

Join Zoom Meeting
https://us02web.zoom.us/j/81627089215?pwd=X5hV5xBUIas6u5iQEHxH2PlQmMWjBb.1

Meeting ID: 816 2708 9215
Passcode: 703090

---

One tap mobile
+16699006833,,81627089215#,,,,*703090# US (San Jose)
+14086380968,,81627089215#,,,,*703090# US (San Jose)

*Sandra J. Coleman*
SJ Coleman & Associates
2700 N. Main St., Ste. 1070
Santa Ana, CA 92705
714-667-0707
Fax:  714-667-1136
www.sjcolemanlaw.com

This email message is sent from a law firm and may contain information that is privileged or confidential.  If you are not the intended recipient, you are prohibited from disclosing, copying, distributing or using the information in any way.  IF YOU RECEIVED THIS EMAIL IN ERROR, PLEASE NOTIFY THE SENDER BY REPLY EMAIL OR TELEPHONE IMMEDIATELY and delete the message along with any attachments without reading or saving.

EXHIBIT D

**Raymond H. Aver**

| | |
|---|---|
| **From:** | Raymond H. Aver |
| **Sent:** | Tuesday, April 5, 2022 11:14 AM |
| **To:** | Andrea Murray |
| **Subject:** | RE: Meet and Confer for AP# 1:22-ap-01011-MT (Flannery v. Murray) |

Ms. Murray:

We are considering your request to continue the April 20, 2022 Status Conference.  In order to do so, we will need to file a Stipulation.  Please provide us with the case name and number for the three week jury trial you are engaged in.



*Raymond H. Aver*
*Attorney at Law*

**AVER**
**LAW FIRM**

10801 National Boulevard
    Suite 100
Los Angeles, CA 90064

Tel: (310) 571-3511
email: ray@averlaw.com
Web: www.averlaw.com

*Certified Bankruptcy Specialist*
*State Bar of California, Board of Legal Specialization*

**From:** Andrea Murray <bcr2003@aol.com>
**Sent:** Monday, April 4, 2022 9:42 PM
**To:** Raymond H. Aver <ray@averlaw.com>
**Subject:** Re: Meet and Confer for AP# 1:22-ap-01011-MT

Dear Mr. Aver,

On March 27th, I reached out to you by email and by phone in an effort to schedule a meet and confer with you.  I was hoping that you would be available to meet with me on the evening of Friday, April 1st, since, as I explained in the email and message, I am currently the defendant in what now appears to be a 3 week jury trial. As a result,

1

my time during the week is extremely limited and everything centers around this trial. I can't take or make calls during the trial, and after the trial I meet with my attorney in that matter to go over the plaintiff's witness testimony for that day.

My next available time to meet is Friday, April 8th, of this week. I could be back at my desk by 6:00 p.m. on Friday, if that time is agreeable to you.

If not, would you be agreeable to ask for a continuance of the 1st Status Conference on April 20th, 2022? The plaintiffs in my other adversary proceeding have already agreed to ask for a continuance for the reasons stated above, so our judge in this matter, Judge Maureen Tighe, is aware of the time constraints due to the jury trial.

If none of these options are agreeable to you, I would be willing to fill out the defendant's portion of the F 7016-1 Status Report Form tomorrow night and send it back to you, so that it can be filed on time.

The jury trial is expected to conclude on or about April 14th, 2022.

Also, please send any correspondence to the P. O. Box on my answer to the Complaint;

P. O. Box 3155
Chatsworth, CA 91313

Mail sent to the ranch address, 12051 Browns Canyon Rd, takes weeks to arrive. Sorry in advance for any inconvenience.

Look forward to hearing from you soon.

Kind Regards,


Annie Murray


-----Original Message-----
From: Raymond H. Aver <ray@averlaw.com>
To: bcr2003@aol.com <bcr2003@aol.com>
Sent: Mon, Apr 4, 2022 5:53 pm
Subject: RE: Meet and Confer for AP# 1:22-ap-01011-MT

Ms. Murray:

We need to schedule a telephone call and conduct the "early meeting of counsel" in preparation for the upcoming status conference.

Please let me know when you are available so that we may schedule a telephone call.

*Raymond H. Aver*

*Attorney at Law*



# AVER
# LAW FIRM

10801 National Boulevard

Suite 100

Los Angeles, CA 90064

Tel: (310) 571-3511

email: ray@averlaw.com

Web: www.averlaw.com

*Certified Bankruptcy Specialist*
*State Bar of California, Board of Legal Specialization*

**From:** Raymond H. Aver
**Sent:** Friday, April 1, 2022 1:32 PM
**To:** bcr2003@aol.com
**Subject:** Meet and Confer for AP# 1:22-ap-01011-MT

Ms. Murray:

I returned your telephone call from yesterday and left messages at both telephone numbers you left with our office.

Please let me know when you are available to speak.

Raymond H. Aver

Attorney at Law

# AVER
# LAW FIRM

10801 National Boulevard

Suite 100

Los Angeles, CA 90064

Tel: (310) 571-3511

email: ray@averlaw.com

Web: www.averlaw.com

*Certified Bankruptcy Specialist*
*State Bar of California, Board of Legal Specialization*

4

**Raymond H. Aver**

| | |
|---|---|
| **From:** | Andrea Murray <bcr2003@aol.com> |
| **Sent:** | Wednesday, June 7, 2023 3:55 PM |
| **To:** | Raymond H. Aver |
| **Subject:** | Re: Flannery v. Murray |

Dear Mr. Aver,

Hope this email finds you well. Thank you for letting me know that a status conference has been set for July 17th at 11:00 a.m.

I am available on Monday and Tuesday next week, after 3:30 p.m.  I will read up on the Early Meeting of Counsel under Local Bankruptcy Rule 7026-1, before we meet so that I am better prepared for our meeting. Thank you for providing the rule number.

As of today, we still don't have a decision from Cal-Recycle regarding my appeal of the LEA's issuance of the Cease & Desist Order. This is the only issue remaining in the government's non-dischargeability claim and the mediation of their claim has been scheduled for August 18th, 2023.

Just wanted you to have that information before our meeting so it will make it easier to schedule status conferences and the like, moving forward. I think it might be difficult to reach a settlement agreement until we know the outcome of the mediation, or at the very least, the outcome of the LEA's appeal, but I am new at this. I am open to discussing other ways that would indemnify your client and allow us to forward.


Kindest Regards,



Annie Murray



-----Original Message-----
From: Raymond H. Aver <ray@averlaw.com>
To: Andrea Murray <bcr2003@aol.com>
Sent: Tue, Jun 6, 2023 10:43 am
Subject: Flannery v. Murray

Ms. Murray:

1

Please be advised that a Status Conference has been scheduled in the above-referenced adversary for July 17, 2023 @ 11:00 a.m. in accordance with the attached "Order (1) Granting Motion For Reconsideration: (2) Vacating Dismissal Of Adversary; And (3) Setting Adversary Status Conference."

Please provide a few dates and times next week so that we conduct the Early Meeting Of Counsel in accordance with Local Bankruptcy Rule 7026-1.

Raymond H. Aver

Attorney at Law



# AVER
# LAW FIRM

10801 National Boulevard

Suite 100

Los Angeles, CA 90064

Tel: (310) 571-3511

email: ray@averlaw.com

Web: www.averlaw.com

*Certified Bankruptcy Specialist*
*State Bar of California, Board of Legal Specialization*

**Raymond H. Aver**

| | |
|---|---|
| **From:** | Andrea Murray <bcr2003@aol.com> |
| **Sent:** | Monday, November 27, 2023 12:59 PM |
| **To:** | Raymond H. Aver |
| **Subject:** | Re: Flannery v. Murray |
| **Attachments:** | 2023-11-27 signed jsr.pdf |

Dear Mr. Aver,

Thank you for your patience and for preparing and filing the JSR today. Please find it attached with my signature.

I will be in touch between now and Wednesday regarding the upcoming mediation with the LEA.

Kindest Regards,

Andrea  Murray

On Monday, November 27, 2023 at 12:40:18 PM PST, Raymond H. Aver <ray@averlaw.com> wrot

Ms. Murray:

Thank you for taking the time to go over the Joint Status Report.  Attached is the revised version for your signature and return.

1

Raymond H. Aver

Attorney at Law



**AVER
LAW FIRM**

10801 National Boulevard

Suite 100

Los Angeles, CA 90064

Tel: (310) 571-3511

email: ray@averlaw.com

Web: www.averlaw.com

*Certified Bankruptcy Specialist*
*State Bar of California, Board of Legal Specialization*

**From:** Raymond H. Aver
**Sent:** Monday, November 27, 2023 10:38 AM
**To:** Andrea Murray <bcr2003@aol.com>
**Subject:** RE: Flannery v. Murray

Ms. Murray:

Thank you for sending the Decision and Order.  I am sorry it did not go your way.

Please telephone to discuss the Joint Status Report so that we may file it this morning.

2



*Raymond H. Aver*
*Attorney at Law*

# AVER
# LAW FIRM

10801 National Boulevard
        Suite 100
Los Angeles, CA 90064

Tel: (310) 571-3511
email: ray@averlaw.com
Web: www.averlaw.com

*Certified Bankruptcy Specialist*
*State Bar of California, Board of Legal Specialization*

**From:** Andrea Murray <bcr2003@aol.com>
**Sent:** Sunday, November 26, 2023 10:19 PM
**To:** Raymond H. Aver <ray@averlaw.com>
**Subject:** Re: Flannery v. Murray

Hi Mr. Aver,

I hope you had a pleasant Thanksgiving. I was visiting with friends in Pomona over the Thanksgiving holiday & am just now checking my messages.

The LEA Appeal before CalRecycle concluded & unfortunately, it didn't go in my favor. I am attaching a copy of the decision & order. I don't know how you want to reflect this in the JSR, but I will be available to discuss it with you tomorrow after 11:00 a.m. I have a 9:00 a.m. appointment which should be finished by then.

Also, we should probably speak briefly tomorrow, if possible, or sometime before this Wednesday evening, about my upcoming mediation with the LEA on Thursday morning, November 30th.

3

Kind regards,


Andrea Murray


Sent from AOL on Android


On Sun, Nov 26, 2023 at 4:29 PM, Raymond H. Aver

<ray@averlaw.com> wrote:

Ms. Murray:


Unfortunately, we have not been able to speak.  I have therefore prepared the attached "Joint Status Report" and ask that you sign and return the signature page by no later than 12:00 p.m. tomorrow.


Please handwrite any suggested revisions if you have any.


I am available at the telephone number listed below if you need to discuss.



*Raymond H. Aver*

*Attorney at Law*

# AVER
# LAW FIRM

10801 National Boulevard

Suite 100

Los Angeles, CA 90064

Tel: (310) 571-3511

email: ray@averlaw.com

Web: www.averlaw.com

*Certified Bankruptcy Specialist*
*State Bar of California, Board of Legal Specialization*

**From:** Raymond H. Aver
**Sent:** Sunday, November 26, 2023 7:35 AM
**To:** Andrea Murray <bcr2003@aol.com>
**Subject:** RE: Flannery v. Murray

Ms. Murray:

What is your availability for a telephone call today after 12:00 p.m. to discuss the Joint Status Report?



*Raymond H. Aver*

*Attorney at Law*

# AVER
## LAW FIRM

10801 National Boulevard

Suite 100

Los Angeles, CA 90064

Tel: (310) 571-3511

email: ray@averlaw.com

Web: www.averlaw.com

*Certified Bankruptcy Specialist*
*State Bar of California, Board of Legal Specialization*

**From:** Andrea Murray <bcr2003@aol.com>
**Sent:** Monday, November 20, 2023 6:12 PM
**To:** Raymond H. Aver <ray@averlaw.com>
**Subject:** Fw: Flannery v. Murray

Attaching the SCE notice in case we need to explain why the JSR was filed late.

My phone number is 818 456 0560. It might be easier for me to call you though. Our WiFi is really patchy today.

Annie Murray

----- Forwarded Message -----

**From:** Andrea Murray <bcr2003@aol.com>

6

**To:** Raymond H. Aver <ray@averlaw.com>

**Sent:** Monday, November 20, 2023 at 06:05:55 PM PST

**Subject:** Re: Flannery v. Murray

Hi Mr. Aver,

Sorry for the late response to your email. We had a power outage all day due to the high winds and I'm just now catching up with all of my messages.

Are you available for a phone call?

Annie Murray

On Monday, November 20, 2023 at 11:35:49 AM PST, Raymond H. Aver <ray@averlaw.com> wrote:

Ms. Murray:

We need to file another "Joint Status Report."  Please advise as to whether the California Dept. of Recycling And Recovery has issued a decision on the appeal.  If not, when is the decision anticipated.  If so, please provide a copy of the decision.  Please also advise as to what other administrative or state court proceedings are pending.  Attached is a copy of the previous "Joint Status Report."  Please update the Report where appropriate and send the marked up Report to me.

If it would be easier, please let me know when you are available to discuss and provide the telephone number I should use to reach you.

Thanks,

Raymond H. Aver
Attorney at Law



**AVER**
**LAW FIRM**

10801 National Boulevard
Suite 100
Los Angeles, CA 90064

Tel: (310) 571-3511
email: ray@averlaw.com
Web: www.averlaw.com

*Certified Bankruptcy Specialist*
*State Bar of California, Board of Legal Specialization*

8

EXHIBIT E

**Raymond H. Aver**

| | |
|---|---|
| **From:** | Andrea Murray <bcr2003@aol.com> |
| **Sent:** | Monday, March 11, 2024 12:02 PM |
| **To:** | Raymond H. Aver |
| **Subject:** | AP 1;22-01011 Flannery v. Murray Status Conference Continued |

Dear Mr. Aver,

Hope that all is well with you.

Our status conference with Judge Maureen Tighe was this morning at 11:00 a.m. Judge Tighe continued the case until June 24th, 2024, at 11:00 a.m., pending the outcome of the criminal case appeal. She asked that we file a brief joint status report 1 week before the status conference with her to let her know if we have a ruling from the court of appeals in the criminal matter.

I have not been contacted by the attorney representing me in the criminal case appeal yet, but I will reach out to my public defender and see where I can get that information, and will forward on to you anything that I find out.

Also, the mediator for the LEA's Adversary Complaint has agreed to a second mediation, which we are expecting to take place on or about May 8th, 2024. Ms. Choi, the LEA's counsel, announced that she will be reaching out to you in an effort to have Patrick attend the mediation. I believe that this is so that they can put pressure on him to pay for an engineer and a site remediation plan since I don't have the funds to do so.

I am in the process of gathering information from several engineers before our next mediation date, while seeking ways that I can pay for their services and/or any remediation work, in an effort to reach a satisfactory agreement with the LEA at the mediation.


Kindest Regards,


Annie Murray

1  **NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in
Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on
2  the CM/ECF docket.

3  ## PROOF OF SERVICE OF DOCUMENT

4  I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address
is: 11849 West Olympic Boulevard, Suite 204, Los Angeles, California 90064
5

6  The foregoing document described **"DECLARATION OF RAYMOND H. AVER AND EXHIBITS IN REPLY TO
OPPOSITION TO MOTION TO VACATE/ALTER ORDER DISMISSING ADVERSARY PROCEEDING FOR
7  LACK OF PROSECUTION"** will be served or was served (a) on the judge in chambers in the form and manner
required by LBR 5005-2(d); and (b) in the manner indicated below:
8

9  I. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**</u> – Pursuant to controlling
General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via
10  NEF and hyperlink to the document. On <u>**September 26, 2024**</u>, I checked the CM/ECF docket for this bankruptcy
case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List
11  to receive NEF transmission at the email address(es) indicated below:

12  __X__    Service information continued on attached page

13  II. <u>**SERVED BY U.S. MAIL OR OVERNIGHT MAIL**</u>(indicate method for each person or entity served):
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this
14  bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the
United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.
15  *Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours
after the document is filed.*
16

17  ____    Service information continued on attached page

18  III. <u>**SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**</u> (indicate method for each
person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 4, 2024**, I served the
19  following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service
method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that
20  personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

21  Honorable Maureen A. Tighe                    Andrea L. Murray - via email: bcr2003@aol.com
Bin on 1st floor outside of Clerk's office
22      Judge's copy temporarily suspended by General Order 20-02.

23

24  ____    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and
25  correct.

26  November 4, 2024 _____    Raymond H. Aver _____     /s/ raymond h. aver _____
27  *Date*                              *Type Name*                              *Signature*

28

1

## **SERVICE LIST**

2

3   **VIA NEF**

4   •   Raymond H. Aver    ray@averlaw.com,
        averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com
5   •   Jacquelyn H Choi    jacquelyn.choi@rimonlaw.com, docketingsupport@rimonlaw.com
    •   United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
6   •   Nancy J Zamora (TR)    zamora3@aol.com, nzamora@ecf.axosfs.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28